Case 2:15-cv-08275-KSH-CLW    Document 31-3    Filed 11/07/16    Page 1 of 20 PageID: 358

WORLD TRAVEL AT YOUR FINGERTIPS

# PASSRIDER

## YOUR GUIDE TO DELTA'S PASS TRAVEL PRIVILEGES



05/2013

Inside Cover. A Message From Richard Anderson   p.1 Overview   p.2 Eligibility For Pass Travel
p.6 Groundwork   p.8 Ready To Fly   p.10 Additional Travel Perks   p.12 Along The Travel Ribbon

WINNING TOGETHER
TRAVEL THE WORLD

# A MESSAGE FROM RICHARD ANDERSON



Welcome to Delta Air Lines! As part of the Delta family, you have access to a variety of benefits, perks and privileges, including pass travel privileges. Delta provides our employees and retirees with one of the most generous nonrevenue pass travel programs in the industry, on the largest, most comprehensive route network in the world – Delta and the Delta Connection carriers offer service to over 330 destinations in nearly 65 countries on six continents. Delta pass travel privileges are extended to more than two million pass riders worldwide, who fly more than six million flight segments each year.

Whether you want to see the pyramids in Egypt, the Eiffel Tower in Paris or Mickey Mouse in Orlando, Delta can get you there. Your valuable pass travel privileges extend to your eligible pass riders (including your spouse/domestic partner/travel companion, children and parents), so you can share your great experiences with those closest to you. Best of all, your Delta pass travel privileges are available at minimal cost to you.

I encourage you to take the time to review this guide and learn how Delta's pass travel program can work best for you. And don't forget to share this important information with your eligible pass riders. It is your responsibility to ensure that any pass rider connected to you – including anyone using your Buddy Passes – uses this privilege appropriately and exercises good judgment. As an airline, our primary mission is to deliver paying customers to their destination safely, on time and with their bags. We count on your professionalism to achieve that goal and to ensure that nonrevenue travelers do not distract us from that mission.

Thanks for all you do to make Delta the airline of choice for our customers and a great place to work for our colleagues.

*Richard*

CHIEF EXECUTIVE OFFICER



# Overview

Employees, retirees and survivors worldwide benefit from one of the most generous nonrevenue pass travel programs in the industry with the largest, most comprehensive route network in the world. Delta's pass travel program provides you and your eligible family members and friends with standby travel opportunities on flights across Delta's entire network for free or at a reduced rate, and discounts for standby travel on other airlines.

Your pass travel privileges vary based on whether you're an active employee, retiree, survivor or eligible family member.

### ACTIVE EMPLOYEES
Active employees worldwide have access to unlimited, domestic and transoceanic travel (with S3 standby code, see chart below).

Active employees also receive six S2 flight days annually and have access to emergency S1A flight days as needed. International taxes and fees apply, and are payroll deducted for applicable routes. Penalties may be imposed if you exceed your S2 flight day allotment. Ready Reserves and Work at Home Reservations agents must complete one year of service at Delta.

### INACTIVE EMPLOYEES
Employees who are absent from work on an inactive status may be eligible for certain pass travel privileges while away from work. Generally, if you are out sick from work or on a denied disability status, you are not eligible to use your pass travel privileges. Approved absences from work such as short-term or long-term disability, FMLA, personal leaves of absence, military leaves and furloughed status qualify for specific pass travel privileges unique to the type of leave that is in effect at the time of travel. Please visit the Pass Travel site on Employee Connection for additional eligibility information.

### RETIREES
Retirees also have access to unlimited, domestic and transoceanic travel system-wide using the S3B standby code. International taxes and fees still apply and are collected through an invoice sent to your home.

In order to receive retiree pass travel privileges, retirees must meet one of the following criteria:

- Have at least 25 years of service (without regard to your age at retirement);
- Retire on or after your 52nd birthday (age 50 for pilots) with at least 10 years of continuous service; or
- Retire in conjunction with a special retirement program (i.e. 55-Point Program, 60-Point Program, etc.) that provides for retiree pass travel privileges.



**BOARDING PRIORITY:** The following standby codes apply.

| **S1A** | **S2** | **S2B** | **S3** | **S3B** | **S4** |
|---|---|---|---|---|---|
| Emergency | Priority Leisure For Actives | Reward Pass Travel (Honor Roll) | Normal Active Leisure Travel | Retirees, Parents, Nondependents & Survivors | Buddy Pass Riders |

# Who Can Go

# Eligibility For Pass Travel

You have more opportunities than anyone else in the industry to share your pass travel privileges with family members. Pass travel privileges are available for:

**YOU**

**YOUR SPOUSE, DOMESTIC PARTNER OR TRAVEL COMPANION**

**YOUR CHILDREN**

**YOUR PARENTS**

### PRIMARY PASS RIDER NUMBER

As a Delta employee, retiree or survivor, you are considered the Primary Pass Rider (PPR). Your nine-digit PPR number is required to use pass travel privileges. Be sure to save this number.

Other eligible family members are known as eligible pass riders. Each eligible rider will have a separate two-digit identifier that they will need to know in addition to your PPR number in order to list and fly.

### TAKE NOTE:

1. **Both you and your eligible pass riders will need to know your PPR number, which is generally the same as your nine-digit employee number, to travel using your pass travel privileges. Also, each eligible pass rider has a separate two-digit identifier that he/she will need to know in addition to your PPR number to list and fly.**

2. **As the employee, your two-digit identifier is always 00. Your other eligible pass riders follow with 01, 02, 03, 04, 05, etc. It's important to note that the two-digit identifier for eligible pass riders is assigned based on when they were entered in the system – not family position. For instance, if you included two parents as eligible pass riders and they are added in the system as designee 01 and 02, then later you** married and added a spouse, your spouse's two-digit identifier would be 03. Your PPR number is also referred to as your Passport ID number.

### YOU

The following employees may be eligible for pass travel privileges: full- and part-time employees, seasonal/Ready Reserves, Work at Home, co-op students, interns, employees on approved disability leave, voluntary leave participants and furloughed employees. Retirees and survivors of Delta employees may also be eligible.

New hires can start enjoying pass travel privileges as soon as their documentation and eligibility are verified and recorded in Delta's Human Resources system – typically, less than 14 days.

#### Active Employees
Active domestic Delta employees are eligible for the privileges described in this guide. See the Pass Travel section on the DeltaNet Employee Connection site for more information.

#### Retirees
Delta retirees are eligible for the privileges described in this guide with standby code S3B for all travel on Delta flights. See the Pass Travel section on the Employee Connection site on DeltaNet for more information.


TUSCANY

## ALL COVERED
The pass travel policy allows you to cover several riders!

**PARENTS AND STEPPARENTS**

**YOU**

**TRAVEL COMPANION**

**SPOUSE/ DOMESTIC PARTNER**

OR

**CHILDREN**

For international flights, taxes and fees may apply. Retirees will be invoiced separately for those fees.

**Survivors**
Delta offers survivor pass travel privileges to certain eligible survivors upon the death of the employee. See the "Keep on Flying" fact sheet under More Pass Travel Fact Sheets on the Pass Travel site on Employee Connection for more information. While eligible, survivors generally have unlimited travel at the S3B standby code with the deceased employee's pass eligibility date.

## SPOUSE
Your spouse is your legally married husband or wife. You must live together in the same household for your spouse to be eligible for pass travel privileges. Your spouse receives the same standby code allotments you do as an employee or retiree, and can travel unaccompanied.

If you want to use your pass travel privileges for your honeymoon, be sure to plan ahead and add your soon-to-be spouse into the system prior to your wedding date. Reporting a marriage life event can be processed 10 days in advance of your marriage date in Benefits Direct. Also remember that if, due to divorce or separation, you do not live with your spouse, he or she is no longer eligible for pass travel privileges.

For details on how to update spouse information (marriage, divorce, separation, death), from DeltaNet go to Employee Connection, select How to Guides & Checklists and select one of the options under Employee Information. These events must be reported within 60 days of your status change.

## DOMESTIC PARTNER
A domestic partner can be of the same or opposite sex as the employee, residing in the same household in a spouse-like relationship for at least six continuous months, and be financially interdependent. Your domestic partner receives the same standby code allotments as you do as an employee or retiree, and can travel unaccompanied.

Your domestic partner is not eligible if he/she is related to you by blood or law, is under 18 years of age or if either the employee or domestic partner is legally married (or the common law spouse) or domestic partner to any other person. Your domestic partner's children are also eligible for pass travel privileges, as long as the children's parent remains your domestic partner.

While tickets are not required, the value of nonrevenue pass travel for your domestic partner/same sex spouse or a child of a domestic partner/same sex spouse is reported to the IRS as imputed income, as required under federal tax law. Imputed income is the value of an employee benefit or service (for example: domestic partner/same sex spouse travel) that is considered income for the purposes of calculating FICA, or your federal, state and local income taxes.

## TRAVEL COMPANION

The Travel Companion Program at Delta is a great way for you to share your pass travel privileges with a friend. Your travel companion receives the same standby code allotments as you do as an employee or retiree and may travel unaccompanied; however, he or she is also required to purchase a reduced-rate yield fare ticket prior to travel. You can purchase this ticket through TravelNet.

You may designate a travel companion in lieu of a spouse or domestic partner – not in addition to. It's never allowed for employees or retirees to make a profit by selling travel companion passes.

See the "Your TravelNet" section of this guide for more information on using TravelNet.

### ADDING A NEW TRAVEL COMPANION?

You may designate one travel companion every pass eligibility year. Your first travel companion is eligible for pass travel privileges as soon as your request is processed, which may be immediate. You may also replace your travel companion mid-year if your current companion has not traveled since your last pass eligibility date. Any subsequent changes are effective on your next pass eligibility date, so you must submit your travel companion change request at least two weeks prior to your pass eligibility date to allow sufficient time for processing. If you are married or have a domestic partner you may designate a travel companion in place of your spouse/domestic partner.

## DEPENDENT AND NONDEPENDENT CHILDREN

Your dependent children are eligible for free pass travel privileges until their 19th birthday. They can continue these pass travel privileges until their 23rd birthday, as long as they remain full-time students or are serving as missionaries, have not married and as long as they are your tax dependents.

Your dependent children are defined as your natural born children, legally adopted children, or stepchildren, or foster children placed in your home by an authorized placement agency or court order, who live with you on a full-time basis. If your children do not live with you (in the case of divorce or separation), you must provide at least 50% of support for your children in order for them to be eligible for pass travel privileges. Your dependent children receive the same standby code allotments that you do as an employee or retiree, and can travel unaccompanied, as long as they meet certain age requirements.

Once your dependent children turn 19 and are no longer full-time students or missionaries, or once your dependent children who are full-time students or missionaries turn 23, they will automatically transition to nondependent travel privileges.

Nondependent children travel at the S3B standby code and must purchase yield fare tickets in advance of travel. A nondependent can upgrade to the S3 standby code when traveling with you as long as you are listed in the same record and you, the employee, are using the S3 standby code.

### TAKE NOTE:

**1** Pass misuse impacts Delta revenue and reflects negatively on our company.

**2** With the exception of underage children, your eligible pass riders can travel on their standby codes without you. You do not have to accompany pass riders on their flights.

**3** AGE SIX FOR FIRST CLASS TRAVEL
The minimum age to travel in first or business class is six years old for all domestic and international flights.

**4** YIELD FARE TICKETS
Travel companions and nondependent children must purchase a yield fare ticket in advance of travel.

**5** IMPUTED INCOME
The value of nonrevenue pass travel for certain pass riders is reported to the IRS as imputed income as required under federal tax law. This includes travel by a domestic partner/same sex spouse or a child of a domestic partner/same sex spouse. Delta will not impute income to an employee for the value of pass travel used by the employee's domestic partner or same sex spouse if the individual also works for Delta, a Delta Connection carrier or a Delta subsidiary. This exemption will apply to children of the domestic partner as well.

## PARENTS AND STEPPARENTS

Each Delta employee may add up to four parents for pass travel privileges. Natural parents or adoptive parents, and stepparents may be included. Unless designated as a travel companion or Buddy Pass rider, parents-in-law are not eligible for pass travel privileges.

Parents generally travel at the S3B standby code, and your marital status or dependent status (if you have any) determines your parents' specific flight privilege. However, if you (the employee) are accompanying your parents on a domestic or international flight, and you are using the S3 standby code, then your parents are eligible to upgrade to the S3 standby code. See the "Mom and Dad have the Travelbug" fact sheet on the Travel site on Employee Connection for more information.

### TAKE NOTE:

**1** In-laws are not eligible to travel under parent privileges. However, you can share your pass travel privileges with your in-laws using your Buddy Passes.



SHANGHAI

## TRAVEL FAQS

### How can I share my pass travel privileges with my extended family?

The IRS limits eligibility for free pass travel to certain family members, including your spouse, dependent children, full-time students and parents. You may also add your domestic partner/same sex spouse and his/her dependent children for pass travel privileges; however, the value of nonrevenue pass travel is reported to the IRS as imputed income as required under federal tax law.

For other family members and friends, Delta's Buddy Pass and Travel Companion programs are in place for you to share your pass travel at a reduced rate.

### What determines domestic partner eligibility?

Delta recognizes same sex and opposite sex domestic partners. Generally speaking, the domestic partner must reside in the same household, live in a spouse-like relationship for at least six continuous months and be financially interdependent with the employee.

" The pass travel program is a definite perk. Not only do I get travel privileges, but I'm able to share them with my family and friends, too."

Margie

# What To Do



AMSTERDAM

## Groundwork

To use your pass travel privileges, you will need to be sure all of your travel-eligible dependents are in the travel system.

Existing travel dependents appear in the Delta employee portal My Self-Service website.

### USING MY SELF-SERVICE
Through My Self-Service, Delta employees can complete many work-related and family event related transactions.

Employees, retirees and survivors who are eligible for pass travel privileges use My Self-Service to designate their pass travel riders. Using My Self-Service is easy. From the DeltatNet home page, log into My Self Service with your nine-digit PPR number (your Passport ID) and your Passport password. That allows you to access My Self-Service to enter requested information to add those who will share your pass travel privileges.

After your entries have been accepted and processed, you will be able to use TravelNet to check flight seat availability, make flight listings and manage your travel privileges. It may take up to five business days for your pass riders to be added to your pass travel privileges.

.

### MANAGING PASS RIDERS
If you don't see your pass riders online in My Self-Service, they won't be able to travel.

### TAKE NOTE:

**1** It can take up to five (5) business days for new pass riders to be recorded in the travel system. Be sure that you add your pass riders at least a few days prior to the day they plan to travel. To verify your current information, make changes to it or add new eligible pass riders, go first to My Self-Service.

**2** Visit Employee Connection, select How to Guides & Checklists and learn more about how to add/update information for your travel dependents.

**3** You can view and print personalized Pass Travel Pocket Cards for each of your pass riders on My Self-Service.

**4** My Self-Service and TravelNet are for your personal use only. Never share your Passport password with others.

# STEPS TO MANAGING YOUR PASS RIDERS

## GETTING STARTED



From the My Self-Service home page, select **My Travel**, then **Travel Only Dependent(s)**.

## TYPES OF CHANGES



Select the action you want to take

## ENTER YOUR NEW INFORMATION



Enter the new information and click **Go to Step 2.**

## SUBMIT YOUR CHANGE



Click Submit

## CONFIRMATION



You will get a transaction ID.

TO REPORT A LIFE EVENT, YOU CAN MAKE THESE CHANGES AND UPDATES EASILY, JUST CLICK ON THE **MY BENEFITS & LIFE EVENTS** TAB IN MY SELF-SERVICE AND SELECT **ACT**.

# Your TravelNet

## Ready To Fly

You're set up in My Self-Service, now you're ready to fly – and TravelNet is your next destination.

### ACTIVATION

In order to use your pass travel privileges, you must pay an annual activation fee. A single $50 fee covers your eligible pass riders – including your Buddy Pass riders – until your next pass eligibility date, which is generally your date of hire.

To pay your annual activation fee, go online to TravelNet, Delta's self-service travel application. TravelNet can be accessed from the DeltaNet home page or by logging on to http://dlnet.delta.com/etb/travelnet from an Internet-accessible computer. To log in, you will need your PPR number and Passport password.

International airport arrival/departure taxes and fees will be collected, as they are for other non-ticketed NRSA pass riders. Active employees' international fees and airport arrival/departure taxes are collected through payroll deduction and inactive employees are billed through Accounts Receivable.

### TAKE NOTE:

1. **Remember! You must pay the activation fee before you or other eligible riders can fly using free or reduced-rate pass travel privileges. International employees and retirees follow a separate policy that varies on a country-by-country basis. You must have completed six (6) months of continuous employment to be eligible to use Zonal Employee Discount (ZED) fares.**

2. **If you do not wish to use your pass travel privileges, you are not required to pay the annual activation fee. Additionally, payment of the annual activation fee is not required when traveling for company business, a qualified emergency, or an employee award.**

3. **Visit the Pass Travel site on Employee Connection for a wealth of information about how to use your pass travel privileges, travel tips, fact sheets and Frequently Asked Questions (FAQs).**

### READY TO LIST

TravelNet is your primary travel resource and allows you to manage your pass travel privileges online. Once you access TravelNet, you can:

- View seat availability
- List for flights
- View the airport standby list
- View flight status information
- View your nonrevenue listings
- View applicable pass charges

A secondary travel resource is TravelLine, accessible by calling 1-800 MY DELTA (1-800-693-3582). International employees can call 1-404-677-8000. You may not always have your computer handy, so TravelLine lets you perform some of the same functions as TravelNet using a telephone. TravelNet and TravelLine are available 24/7.

### FLIGHT DAYS

While regular S3 travel is unlimited, Delta uses a flight day methodology to determine your usage of special categories such as priority S2 travel or the free allotment of travel for your parents.

A flight day is a 24-hour period beginning with the departure of the first flight in the itinerary. Regardless of the number of scheduled departures made during the 24-hour period, the pass rider's allotment will be reduced by one "flight day." You can take as many scheduled departures as you like in the same 24 hour period and your travel allotments is reduced by only a single flight day. However, if you board a connecting flight that departs on the following calendar day and beyond the 24 hour period, your travel allotment will be reduced by two flight days.

For flight day purposes, the date of departure is determined by the scheduled (not actual) departure time.

HAWAII

## FLIGHT DAY EXAMPLES:

### Tina: CDG – CVG – LAX

Tina departs Paris for Cincinnati on the morning of July 5. She arrives in Cincinnati and boards a connecting flight to Los Angeles that evening. Tina's travel terminates in Los Angeles just after midnight on July 6. Since both of her flights departed on July 5, Tina's allotment is reduced by a single flight day (arrival dates are inconsequential in determining flight day usage).

### John: HNL – SLC – MCO

John departs Honolulu for Salt Lake City on April 11. Upon arrival in Salt Lake City the next morning, he boards a connecting flight to Orlando that departs on April 12. Since John's flights departed on two different calendar days (April 11 and April 12) but within a 24 hour period from the first scheduled departure, his travel allotment is reduced by one flight day.

# TRAVEL FAQS

### What pass travel privileges are my parents eligible for?

Parents of married employees or those with a travel companion or domestic partner receive unlimited S3B domestic/international travel. However, the $75 service charge per flight day will be applied to all transoceanic travel days. Employees may add up to four parents to their pass travel privileges. Parents of employees who have a spouse, domestic partner or travel companion receive unlimited S3B flight days (if travel is transoceanic, employee is charged $75 per flight day).

For employees who are single and have not added a domestic partner or travel companion, parents receive an allotment of S2 flight days, some fee waived S3 transoceanic flight days and unlimited S3B flight days.

### Who does my $50 annual activation fee cover?

In order to utilize your pass travel privileges, you must pay the $50 annual fee. This fee covers all eligible pass riders listed in your primary pass rider (PPR) account (including access to your Buddy Pass allotment) until your next pass eligibility date, which is generally your date of hire. For international employees and retirees, the activation fee payment requirement varies on a country-by-country basis.

### When do I have to pay my activation fee?

Your annual activation fee is paid once per year on your pass eligibility date. Don't forget to log on to TravelNet ahead of time to pay your activation fee online with a credit or debit card.

---

TravelNet is your number one resource for planning your trip using pass travel privileges. Follow these steps to plan your travel.

**STEP 1: YOUR DESTINATION**



**STEP 2: YOUR FLIGHT**



**STEP 3: YOUR RIDERS**



**STEP 4: CONFIRMATION**



Write down your record locator and detailed itinerary for when you travel. You're done!

# Additional Travel Perks

You may be eligible for additional travel perks, including Buddy Passes, the Fly Confirmed for Less program, and reduced-rate travel on other airlines.

## BUDDY PASSES

Your Delta pass travel privileges extend beyond your immediate family. Our Buddy Pass program is available for you to enjoy your travel privileges with your family and friends ("Buddies") at a reduced rate. Buddy Passes are provided to you as an added perk of working at Delta, and are part of your overall pass travel privileges.

You receive eight (8) roundtrip Buddy Passes each year on your pass eligibility date. New hire employees must complete one (1) year of service with the company before receiving Buddy Passes.

When your buddy is ready to travel, all you need is a credit or debit card, and a computer with Internet access. Log in to TravelNet and convert one of your Buddy Passes into an electronic reduced-rate ticket for your Buddy. You will need to purchase your Buddy's ticket on TravelNet using a credit card.

It's your responsibility to ensure your Buddies are familiar with nonrevenue pass travel etiquette, and that the passes are purchased at the price quoted in TravelNet. These passes are provided for you to enjoy with your family and friends for leisure travel – it's never allowed for employees to make a profit by selling Buddy Passes. Buddy Pass misuse also impacts Delta revenue, reflects negatively on our company and can result in disciplinary measures.

Make sure your Buddies are aware that this is standby travel. They may not always be able to travel on their desired flight and must be very flexible. A Buddy Pass might not be the best travel option for a friend who has an important event to attend.

Your Buddies must conduct themselves in accordance with acceptable standards of business travel etiquette. Remember, you are responsible for the actions of your Buddies during the entire travel experience, even if you do not travel with them.

### TAKE NOTE:

1. **Before finalizing travel plans for your Buddies, note that Delta occasionally places an embargo on Buddy Pass travel to certain destinations on peak travel dates to limit the impact to the operation – check TravelNet for the most current list of embargoes.**

## FLY CONFIRMED FOR LESS PROGRAM

Sometimes you want to be assured of arriving at your destination on a particular flight. Delta's Fly Confirmed Discount program is a great choice for these times. The Fly Confirmed for Less program applies to employees, retirees, and survivors and their spouses/domestic partners and dependent children on qualifying fares in first, BusinessElite and coach class.

The Fly Confirmed for Less program allows you to purchase confirmed tickets for yourself and certain eligible pass riders at a 20% discount.

Our Fly Confirmed for Even Less program can provide you with an even deeper discount on confirmed tickets with additional restrictions.

## REDUCED-RATE TRAVEL ON OTHER AIRLINES

As an active or retired Delta employee, you can take advantage of interline agreements that allow you to fly at a reduced rate on more than 100 other airlines from around the world.

### TAKE NOTE:

1. **Most of Delta's interline employee travel agreements are part of an industry program called Zonal Employee Discount (referred to as ZED). The ZED program allows employees and retirees (and eligible family members) of participating carriers to use standardized fares based on mileage rather than discounts off of varying published revenue fares. You must have completed six (6) months of continuous employment to be eligible to use ZED fares.**

2. **You can search flights and price out ZED fare tickets on other airlines through TravelNet.**



# TRAVEL FAQS

## Do I have to travel with the person that I share one of my Buddy Passes with?

Your Buddy Pass riders travel using the S4 standby code and are allowed to travel on an unaccompanied basis. All employees and retirees have the responsibility to ensure that Buddy Passes are being used only by family and friends and for leisure travel. Please ensure that your Buddy is familiar with Delta's pass travel policies and etiquette. It is never allowed for employees to make a profit by selling Buddy Passes.

## What flights can Buddy Passes be used on?

Delta provides employees and retirees with Buddy Passes for travel system wide on Delta and Delta Connection.

However, Delta occasionally embargoes Buddy Pass travel during peak travel times or to certain markets based on special circumstances. Be sure to check TravelNet for updates.

" Using the online systems is a breeze! You can find answers to virtually any question you may have. I always take a minute to review the Pass Travel Web site on Employee Connection before I fly."

Kirk

# Tips & Tools

## Along The Travel Ribbon

Here are a few tips & tools to help you move along the travel ribbon.

### ADD
Be sure to go to My Self-Service to verify that your eligible pass rider information is up-to-date.

### ACTIVATE
Go to TravelNet to pay your annual activation fee before your pass eligibility date to make sure your travel is uninterrupted. Your pass eligibility date is generally your date of hire.

### GET READY TO FLY
Go to TravelNet to find the flight of your choice, determine seat availability and get ready to fly. Make sure that you write down and save the record locator for your flight listing and the authorized standby code you will be using on the flight (if you're not traveling, make sure your eligible pass riders have this information before they check in.)

#### TAKE NOTE:
1. **You will select your standby code when you check in.**
2. **Make sure you have all the information that you need to travel. Log on to My Self-Service and print a personalized Pass Travel Pocket Card for yourself and each of your eligible pass riders. This card includes important information such as your PPR number, your pass rider's two-digit identifier and your pass eligibility date.**

### CHECK IN
There are several ways for you to check in for a flight – just remember that check-in deadlines apply to standby passengers just as they do for confirmed passengers. You'll find a list of check-in deadlines at delta.com.

**delta.com and Self-Service Kiosk.** Use delta.com to check yourself in. This is always the quickest, most preferred check-in method for Delta passengers, both confirmed and standby. You may also check-in at a Delta self-service kiosk at the airport. At the kiosk, enter your record locator number or swipe a valid credit card to access your listing. Don't fret – your credit card is just used to find your listing – no charge is assessed.

When checking in for Delta flights, you can also access your listing by selecting the Employee Travel icon at the top right corner of the welcome screen and then entering your nine-digit PPR number and the two-digit identifier for yourself or eligible pass riders. Once you've located your listing, select the standby code that you will be using for this flight.

**Curbside.** In locations where there are skycaps, they can also check you in at curbside.

**Airport Ticket Counter.** In order for our agents to better assist our revenue passengers, please use ticket counters only when the kiosk cannot process your listing or you have a special situation that requires an agent's assistance.

A seat request card will be given to you by the kiosk, skycap or the ticket agent when you check in, or if you check-in on delta.com, print the seat request card. You or your eligible pass riders should look it over carefully ensure the seat request card is imprinted with the correct standby code, and avoid a possible flight abuse penalty.

As a pass rider, you can check up to two bags at no charge on most Delta flights, as long as they do not exceed economy class size or weight limits. When you do check your bags, there's no reason to worry about finding space in an overhead bin if you're boarded at the last minute. When traveling with only one connection, your standby listing is automatically activated and it is not necessary to check in with the gate agent in the connecting city. However, when traveling with more than one connection, you must see an agent to be added to the airport standby list in the second connecting city.

CHINA



Case 2:15-cv-08275-KSH-CLW    Document 31-3    Filed 11/07/16    Page 15 of 20 PageID: 372



DUSSELDORF

## GO TO YOUR GATE

After you've checked in, show the TSA representative your valid government-issued ID, pass through the security checkpoint and proceed to your gate. Don't forget that you need to give yourself enough time to get through security checkpoint lines.

## GET YOUR SEAT ASSIGNMENT

Remember, you will receive a seat based on availability and your boarding priority. Once passengers flying on revenue tickets have been assigned their seats, you will receive a seat assignment if space is available. Many Delta gate areas offer overhead screens (referred to as GIDS) that show information for your flight – you'll even know when a seat has been assigned to you. If you don't notice an overhead screen, listen for the gate agent to call your name.

Due to seat availability, it is possible that you may not get a seat assignment on your desired flight, so have a back-up plan. Gate agents will do their best to accommodate you and all travelers. But remember, assisting our revenue passengers is their first priority. Also, remember you can search for the latest flight availability and list for another flight by calling TravelLine 1-800-MY DELTA (1-800-693-3582). International employees can call 1-404-677-8000.

## FLY

Get on board and enjoy your trip.

## REFUNDS/REISSUES

### Refunds

Employees can manage refund requests for unused Delta Buddy Pass and yield fare tickets easily on TravelNet. Remember to make sure to request ticket refunds as soon as possible and before they expire, which is one year from the original ticket purchase date. The refund may take up to two (2) billing cycles before it is reflected on your credit card statement.

Tickets can be refunded within one year from the original ticket issue date, regardless of the primary pass rider's eligibility status. All travel must be completed within one year from the ticket purchase date, provided the pass rider is eligible for nonrevenue travel.

### TAKE NOTE:

❶ **Unflown segments may be refunded via TravelNet within one year from the original ticket purchase date.**

### Reissues

**Buddy Pass tickets:** You can change a Buddy Pass ticket on TravelNet at no charge (except the fare difference, if applicable). However, if you or your Buddy requests agent assistance to change a Buddy Pass ticket, a $25 service fee (plus the fare difference, if applicable) will be charged if the routing changes by more than 100 miles. Reissuing a Buddy Pass ticket does not extend the eligibility period - all travel must be completed within one year from the date the authorization was originally converted into an e-ticket. In some instances, TravelNet may specifically direct you to contact an agent for assistance in order to complete your transaction. When this occurs, a special remark will automatically be added to the passenger name record (PNR) advising the agent to waive the reissue fee.

**Yield fare tickets:** Tickets can be reissued on TravelNet to change the flight, origin, destination or date of travel. The balance from the ticket reissue will be applied to your original form of payment.

# Fares, Fees & Taxes

Your travel may be subject to certain fares, fees and/or taxes.

## TRAVEL FAQS

### How do I pay taxes and fees associated with my pass rider's international travel that I see on TravelNet?

Once you travel, Delta settles the bill with the government authorities on your behalf, and then requests reimbursement from you. If you're currently receiving a paycheck, you'll see these charges deducted from your next paycheck. If you're not receiving a paycheck (you're retired, an inactive employee or survivor), you will be mailed an invoice to your home address. For details on these and other travel charges, please visit the "My Account" section of TravelNet.

### How can I determine the cost of a ZED fare?

Access the Interline Fare Calculator, located on TravelNet. ZED fares are just another great perk for traveling to destinations all around the world. Use this tool to search flights and calculate fares for eligible pass riders on other airlines that have agreements with Delta. You can also use the myIDTravel site, accessible on TravelNet to purchase ZED tickets and list for flights on participating airlines.

### Does the Fly Confirmed for Less or Fly Confirmed for Even Less program offer tickets in all classes of service?

Yes! The Fly Confirmed for Less program provides a 20% discount and an even deeper discount with the Fly Confirmed for Even Less program, to employees, retirees and survivors on qualifying fares in first, business and coach class.

### ANNUAL ACTIVATION FEE

Remember to pay the annual activation fee on or before your pass eligibility date. The activation fee is $50 and can be paid online using a debit or credit card. You cannot travel with your pass travel privileges without paying the annual activation fee. International employees and retirees follow a separate policy that varies on a country-by-country basis.

TravelNet pricing functionality displays international taxes and fees associated with nonrevenue and reduced-rate travel.

### INTERNATIONAL TAXES AND FEES

You and certain eligible pass riders may fly at no charge, but that doesn't mean government taxes and fees are waived. Delta will settle the bill with the government authorities on your behalf and then deduct the appropriate amount from your paycheck (for retirees and survivors, an invoice will be sent to your home.) The amount of the fees depends on the origin and destination of your flight.

Anyone who flies on your pass travel privileges after purchasing a reduced-rate yield fare ticket or Buddy Pass ticket has the government taxes and fees included in the total price of his or her ticket. You can check the details of these charges on TravelNet.

### YIELD FARE

Yield fare tickets are required for certain eligible pass riders such as travel companions, nondependent children, eligible pass riders of furloughed employees and employees that participated in some of the special early out programs.

Employees can purchase yield fare tickets for their eligible pass riders on TravelNet (preferred method) and can also list for travel using the TravelLine. Due to specific IRS regulations, free travel can only be given to certain individuals, thus the reason for the yield fare ticket. The yield fare was established by Delta for certain types of pass travel that represents at least the fair market value of such standby travel.

CURRENT YIELD FARES: NONDEPENDENT CHILDREN AND TRAVEL COMPANIONS

| BASE FARE | TAXES | TOTAL COST |
|---|---|---|
| ROUTING: ATL-LGA-ATL | | |
| $54.44 | $16.88 | $71.32 |
| ROUTING: ATL-LGA (ONE WAY) | | |
| $27.22 | $8.44 | $35.66 |
| ROUTING: LAX-ATL (ONE WAY) | | |
| $69.95 | $11.65 | $81.60 |
| ROUTING: DTW-SLC-DTW | | |
| $107.00 | $20.83 | $127.83 |
| ROUTING: MSP-TPA-MSP | | |
| $94.24 | $19.87 | $114.11 |
| ROUTING: JFK-FRA-JFK | | |
| $202.00 | $158.60 | $360.60 |

CURRENT BUDDY PASS FARES

| BASE FARE | TAXES | TOTAL COST |
|---|---|---|
| ROUTING: ATL-LGA-ATL | | |
| $142.38 | $23.48 | $165.86 |
| ROUTING: ATL-LGA (ONE WAY) | | |
| $71.19 | $11.74 | $82.93 |
| ROUTING: LAX-ATL (ONE WAY) | | |
| $143.72 | $17.18 | $160.90 |
| ROUTING: DTW-SLC-DTW | | |
| $231.58 | $30.17 | $261.75 |
| ROUTING: MSP-TPA-MSP | | |
| $209.96 | $28.55 | $238.51 |
| ROUTING: JFK-FRA-JFK | | |
| $377.00 | $158.60 | $535.60 |

# Reminders

The pass travel program is a privilege for you, your family and friends. Here are a few things to remember when you fly using your pass travel privileges.

- Good travel etiquette and appropriate dress is expected of all space-available passengers. You are responsible for the conduct of any person using your pass travel privileges, including Buddy Pass riders. Make sure you review the standby travel process guide with your family and friends before they travel. See the "Jetiquette" fact sheet on the Pass Travel site on Employee Connection for more information.

- The Buddy Pass program was developed as a way to allow employees and retirees to share their travel privileges with people outside their immediate pass-eligible family. You are expected to know those to whom you give these privileges and you are responsible for their behavior when they travel. Unfortunately, Buddy Pass misuse is a reality. On any given day, eBay* and craigslist show Buddy Passes and travel companion passes for sale. In some cases, employees have turned their Buddy Passes over to Buddy Pass "brokers" who are selling them to unsuspecting travelers or to individuals associated with illegal or suspicious activities. Whether directly or through a broker, profiting from the sale, barter or trading of travel privileges, including Buddy Passes, is a direct violation of our policy and is a significant impact on Delta's revenue. Those who engage in this activity subject themselves to disciplinary activity including loss of all travel privileges or even termination of employment.

- Review your travel documents, such as your passport and driver's license, and make sure that the name listed for you and your pass riders in TravelNet matches your documents – especially for middle names.

- Arrive early. All passengers, including nonrevs, must go through security checkpoints, so allow yourself enough time to get to your gate.

- Pack light or consider checking your bags. Standby fliers typically are some of the last to board – and overhead bins may be full. Most pass riders can check up to two (2) bags for free. Fees for additional oversized bags will apply at check in.

- Be prepared to change your plans. As a pass rider, you're flying on a space-available basis. That means there is always a chance that you won't make your first planned flight. Have a back-up plan as your travel plans can change quickly.

- Remember that weekends and holidays tend to be more heavily booked than midweek travel. Trying to fly using your pass travel privileges during peak times can be difficult.

- Don't forget that you and all of your pass riders are representing Delta.

- Use TravelNet as a resource. You can print a Pass Travel card, view a TravelNet tutorial and find other tips and tools to help you make the most of this valuable privilege.



COSTA RICA

" I think Delta's pass travel program is the best in the industry. For a fee of just $50 per family a year, you get to travel the world. You can't beat that. "

**Patty**



# Contacts

If you have questions about your pass travel privileges, you can get more information or assistance.

**1** Check the Pass Travel site on Employee Connection for updates and additional information on pass travel privileges.

**2** Chat live with a Pass Travel representative, Monday through Friday, 8 a.m. to 5 p.m. Eastern time.

**3** Call 1-800 MY DELTA (1-800-693-3582) to speak to a representative or to connect to the TravelLine. International employees can call 1-404-677-8000.

**4** To email questions about your pass travel privileges go to TravelNet and click on **Contact Us**. Normal email response time is two to five business days.

THE PRIVILEGES DESCRIBED IN THIS BROCHURE APPLY TO ACTIVE, DOMESTIC AND INTERNATIONAL EMPLOYEES, RETIREES AND SURVIVORS. IN THE EVENT OF ANY DISCREPANCIES BETWEEN THIS BROCHURE AND OFFICIAL DOCUMENTS THAT GOVERN TRAVEL PRIVILEGES DESCRIBED HEREIN, THOSE DOCUMENTS WILL GOVERN. AS HAS ALWAYS BEEN THE CASE, POLICIES REGARDING TRAVEL PRIVILEGES ARE SUBJECT TO MODIFICATION AT ANY TIME.

Delta Air Lines, Inc.
P.O. Box 20706
Atlanta, Georgia 30320-6001



IMPORTANT INFORMATION INSIDE ABOUT YOUR PASS TRAVEL PRIVILEGES!