UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

XIAOYI HARI and KENNETH HARI,

        Plaintiffs,

    v.

ADMINISTRATIVE COMMITTEE OF DELTA
AIR LINES, INC.; DELTA AIR LINES, INC. 55-
POINT VOLUNTARY RETIREMENT
PROGRAM; PASS TRAVEL PROGRAM; and
EMPLOYEE WELFARE BENEFIT PLANS 1-20.

        Defendants.

Civil Action No. 2:15-cv-08275
(KSH)(CLW)

**STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE**

        IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and without costs or fees to any party.

        IT IS FURTHER STIPULATED that facsimile or electronic signatures on this Stipulation shall have the same force and effect of originals.

| | |
|---|---|
| Matthew Vance, Esq.<br>28 Valley Road, Suite 1<br>Montclair, New Jersey 07042<br>Tel: (973) 932-0098 | FORD HARRISON LLP<br>300 Connell Drive, Suite 4100<br>Berkeley Heights, NJ 07922<br>Tel: (973) 646-7300 |

By: /s/ Matthew Vance _____      By: /s/ David Kim _____
      Matthew Vance., Esq.                          David S. Kim, Esq.

ATTORNEYS FOR PLAINTIFF          ATTORNEYS FOR DEFENDANTS

Dated: December 12, 2018           Dated: December 12, 2018

SO ORDERED:

_____